IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: Ian Sean Cahir                                    Case No. 09-20748-13-DLS

MOTION FOR DISCHARGE

COME NOW Debtor(s) through Counsel, Christopher R. Coons, of the Law Offices of Steffens & Coons, and request the Court grant a discharge in this matter. In support, Debtors assert:

1. The Debtors' Chapter 13 Plan was confirmed on 2/10/2010.
2. Debtors have made all payments required under the Chapter 13 Plan.
3. Each Debtor has completed an Instructional Course as described in 11 U.S.C. § 111, and has filed a Form 23 certifying completion of the course.
4. Each Debtor has filed Form B283 - **Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q).**
5. Neither Debtor has received a discharge in a case filed under Chapters 7, 11, or 12 within the four-year period preceding the date of the order for relief under this chapter, nor has either Debtor received a discharge in a case filed under Chapter 13 in the two-year period preceding the date of such order.
6. The following creditors hold claims that have been adjudicated non-dischargeable under 11 U.S.C. § 523(a)(2), or hold claims Debtors have reaffirmed under 11 U.S.C. § 524(c):
    - [NONE]
7. Debtors have otherwise completed their obligations under the Plan and are eligible for discharge.

WHEREFORE, Debtors request the court grant a discharge under 11 U.S.C. § 1328.

Dated February 27, 2015.

Respectfully submitted,

s/ Christopher R. Coons
Christopher R. Coons, #19408
The Law Offices of Steffens & Coons
840 Connecticut, Ste. D
Lawrence, KS 66044
785-856-8720
Fax: 888-507-1350
ccoons@steffensandcoons.com
Counsel for Debtor(s)